CENTER FOR DISABILITY ACCESS
MARK POTTER, ESQ., SBN 166317
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
serve@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jose Estrada**,<br><br>    Plaintiff,<br><br>v.<br><br>**Eurostar, LLC,** a California Limited Liability Company; **Eurostar, Inc.**, a Delaware Corporation; and Does 1-10,<br><br>    Defendants | Case No.: 2:20-cv-06102-JAK-E<br><br>**Plaintiff's Notice of Voluntary Dismissal of Defendant Eurostar, LLC and Eurostar, Inc. Without Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Jose Estrada, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Eurostar, LLC and Eurostar, Inc. have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 6, 2024                    CENTER FOR DISABILITY ACCESS

                                       By: */s/Mark Potter*
                                       Mark Potter, Esq.
                                       Attorney for Plaintiff